**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :  No. 280 MAL 2023

Respondent     :

                    :  Petition for Allowance of Appeal
                    :  from the Order of the Superior Court

v.             :

            :

PRESTON WAYNE WALTERS,    :

            :

Petitioner      :

## ORDER

**PER CURIAM**

    **AND NOW**, this 14th day of November, 2023, the Petition for Allowance of Appeal is **DENIED**.